■ The People of the State of New York, Respondent, v Anthony Davis, Appellant. [655 NYS2d 921] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated April 1, 1991 *(People v Davis,* 172 AD2d 553), affirming a judgment of the Supreme Court, Queens County, rendered May 18, 1989, on the ground of ineffective legal assistance by a prison "law clerk".

dant from a judgment of the Supreme Court, Kings County (Cirigliano, J.), rendered August 18, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Judge who presided over his trial should have reconsidered a prior *Sandoval* ruling *(People v Sandoval,* 34 NY2d 371) by another Judge is without merit. The Trial Judge examined the prior ruling and found that similar rulings had been upheld by the appellate courts. Thus, the Trial Judge did not improvidently exercise his discretion in refusing to give the defense another opportunity to argue this issue *(see generally, People v Williams,* 56 NY2d 236, 239).

The defendant's remaining contention is unpreserved for appellate review and in any event, does not warrant reversal. Rosenblatt, J. P., Miller, Thompson and Santucci, JJ., concur.